977 A.2d 1087

Raymond LEVENICK, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 76 EM 2009.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**